IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00191-RPM

MARK MAESTAS,

    Plaintiff,

v.

PUBLIC SERVICE MUTUAL INSURANCE COMPANY,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court on the Joint Stipulated Motion to Dismiss With Prejudice filed by the parties. Having reviewed the Motion, **IT IS ORDERED** that the Joint Stipulated Motion to Dismiss With Prejudice is **GRANTED** and all claims asserted in the above captioned matter are dismissed with prejudice, each party to bear their own costs and attorneys' fees incurred in connection with this action.

Dated this 16th day of May 2013.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge